CASE NO. 21-14519-P

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| COMMISSIONER, | ) | |
|     Appellant, | ) | On appeal from the U.S District |
| | ) | Court for the Southern District |
| | ) | of Alabama |
| | ) | |
| | ) | Case No. 1:05-cv-474-CG-M |
| v. | ) | |
| | ) | **Capital case** |
| | ) | |
| JOSEPH CLIFTON SMITH, | ) | **No execution date scheduled** |
|     Appellee  . | ) | |

### **APPELLEE'S MOTION TO CONTINUE ORAL ARGUMENT**

Kacey L. Keeton
Alabama Bar No. keetk0880
Assistant Federal Defender
Federal Defenders, Middle Dist. of Al.
817 S. Court Street
Montgomery, AL 36104
Telephone (334) 834-2099
Facsimile (334) 834-0353
E-mail: kacey_keeton@fd.org
Counsel for Joseph Clifton Smith

Commissioner, et al., v. Smith<br>Case No: 21-14519-P

Kacey L. Keeton, counsel of record for Petitioner Joseph Clifton Smith, certifies that the following listed persons and parties may have an interest in the outcome of this case:

1. Brandyburt, James – Assistant District Attorney during Smith's trial;

2. Brasher, Honorable Andrew L. – former Solicitor General for the State of Alabama and current judge on the Eleventh Circuit Court of Appeals;

3. Bryan, Honorable Chad W. – former counsel for Joseph Clifton Smith;

4. Byrd, James M. – former counsel for Joseph Clifton Smith;

5. Campbell, Donal – former Commissioner of the Alabama Department of Corrections;

6. Cherry, John – Assistant District Attorney at Smith's trial;

7. Clark, David R. – former Assistant Attorney General for the State of Alabama;

8. Crenshaw, J. Clayton – Chief Deputy Attorney General for the State of Alabama;

9. Davidson, Glenn – former counsel for Smith;

10. Davis, Vicki – Assistant District Attorney during Smith's trial;

11. Dunn, Jefferson S. – former Commissioner of the Alabama Department of Corrections;

12. Forrester, Nathan A. – former Solicitor General for the State of

Alabama;

13. Freeman, Christine – Executive Director, Federal Defenders Middle District of Alabama, counsel for Joseph Clifton Smith during federal habeas proceedings;

14. Friedman, Ruth Elissa – former counsel for Smith;

15. Galanos, Hon. Chris – Trial Judge;

16. Granade, Hon. Callie V. S. – Federal District Court Judge;

17. Hamm, John – Commissioner, Alabama Department of Corrections;

18. Hayden, John B. – Assistant Attorney General for the State of Alabama;

19. Hughes, Beth Jackson – Assistant Attorney General for the State of Alabama;

20. Hughes, W. Gregory – former counsel for Smith;

21. Johnson, Henry – Assistant Attorney General for the State of Alabama;

22. Keeton, Kacey – Assistant Federal Defender, Federal Defenders Middle District of Alabama, counsel for Joseph Clifton Smith during federal habeas proceedings;

23. King, Troy – former Attorney General for the State of Alabama;

24. Kirkpatrick, Megan A. – former Assistant Attorney General for the State of Alabama;

25. Marshall, Steve – Attorney General for the State of Alabama;

26. Maze, Hon. Corey L. – former Assistant Attorney General for the State of Alabama;

27. Milling, Honorable Bert W., Jr. – Federal Magistrate Judge;

28. Parker, Hon. Thomas F., IV. – former Assistant Attorney General for the State of Alabama;

29. Pryor, Honorable William H., Jr. – former Alabama Attorney General and Judge on the Eleventh Circuit Court of Appeals;

30. Puzone, Katherine I. – former counsel for Smith;

31. Setzer, Angela L. – former counsel for Smith;

32. Smith, Joseph Clifton – Appellee

33. Smith, Leslie – Assistant Federal Defender, Federal Defenders Middle District of Alabama, counsel for Joseph Clifton Smith during federal habeas proceedings;

34. Soto, Domingo – former counsel for Smith;

35. Stevenson, Bryan – former counsel for Smith;

36. Stokes-Hough, Keisha L. – former Assistant Federal Defender, counsel for Smith during federal habeas proceedings;

37. Strange, Luther – former Attorney General for the State of Alabama;

38. Thomas, Kim – former Commissioner of the Alabama

Commissioner, et al., v. Smith
Case No: 21-14519-P

Department of Corrections;

39. Tyson, John M., Jr. – Mobile County District Attorney during Smith's trial;

40. Urell, Aaryn M. – former counsel for Smith;

41. Van Dam, Durk – victim;

42. Wood, Honorable James C. – Judge during the State post-conviction proceedings.

Undersigned counsel certifies that, to the best of her knowledge, no publicly traded company or corporation has any interest in the outcome of this appeal.

Respectfully submitted,

/s/ Kacey L. Keeton
Kacey L. Keeton
Alabama Bar No. keetk0880
E-mail: Kacey_Keeton@fd.org

Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, Alabama 36104
Telephone (334) 834-2099
Fax (334) 834-0353
*Counsel for Joseph Clifton Smith*

Commissioner, et al., v. Smith
Case No: 21-14519-P

# APPELLEE'S MOTION TO CONTINUE ORAL ARGUMENT

Petitioner-Appellee, Joseph Clifton Smith, pursuant to Eleventh Circuit Rule 34-4(g), moves for a continuance of the oral argument scheduled in this case for February 15, 2023. As good cause for the continuance, counsel states as follows:

1. This is a capital case in which the death penalty has been imposed. Mr. Smith, who prevailed below on an *Atkins* claim, is incarcerated at Holman Correctional Facility located in Atmore, Alabama. No execution date has been scheduled.

2. This case is fully briefed and this Court set an oral argument for February 15, 2023.

3. On February 5, 2023, undersigned counsel began exhibiting symptoms of the COVID-19 virus, including fever, chills, congestion, fatigue, coughing, shortness of breath, among others. On February 6, undersigned counsel was made aware that she had been exposed to someone that had tested positive to COVID-19.

4. On February 7, 2023, undersigned counsel tested positive for the COVID-19 virus on a rapid antigen test kit. Also, undersigned counsel had a separate PCR test done, but results from that will not be available for 48 hours.

5. Undersigned counsel's health has made and will make it difficult, if not impossible, for her to continue preparing for the oral argument as it is presently

scheduled. Therefore, out of an abundance of caution, counsel requests this Court to continue the scheduled oral argument at a later date convenient to the Court.

6.  Undersigned counsel does not currently meet the Eleventh Circuit COVID-19 building entry requirements and might not be capable of satisfying them by February 15, as they require a person be "asymptomatic and (1) have tested negative for COVID-19, or (2) it has been 10 days since they initially tested positive."

7.  Undersigned counsel has contacted opposing counsel, Assistant General Beth Jackson Hughes, and she has stated that she will oppose this motion.

8.  Undersigned counsel previously sought and received a continuance of of 30 days to file her brief in this case.

For these reasons, Mr. Smith respectfully requests that this Court continue the oral argument in this case to a later date, convenient to the Court.

Respectfully submitted,

/s/ Kacey L. Keeton
Kacey L. Keeton
Alabama Bar No. keetk0880
E-mail: Kacey_Keeton@fd.org

Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, Alabama 36104
Telephone (334) 834-2099
Fax (334) 834-0353
*Counsel for Joseph Clifton Smith*

Commissioner, et al., v. Smith
Case No: 21-14519-P

# **CERTIFICATE OF COMPLIANCE**

I hereby certify that this document complies with the word limit requirements of the Federal Rule of Appellate Procedure 27(d)(2)(A), in that it consists of 354 words, as calculated by a word processing program.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Commissioner, et al., v. Smith
Case No: 21-14519-P

# CERTIFICATE OF SERVICE

I certify that on February 7, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve electronic notice upon all parties of record.

Respectfully submitted,

/s/ Kacey L. Keeton
Kacey L. Keeton
Alabama Bar No. keetk0880
E-mail: Kacey_Keeton@fd.org

Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, Alabama 36104
Telephone (334) 834-2099
Fax (334) 834-0353
*Counsel for Joseph Clifton Smith*